473 A.2d 656

Commonwealth v. Goss, Appellant.

Submitted February 18, 1982. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.